O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARILYN P. GLADLE,<br><br>                Plaintiff,<br><br>        v.<br><br>DOUGLAS A. COLLINS, SECRETARY OF THE U.S. DEPARTMENT OF VETERANS AFFAIR,<br><br>                Defendant. | No. 2:25-CV-06097 CAS (DSR)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE RE DEFENDANT'S MOTION TO DISMISS (DOC. NO. 25)** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendant's Motion to Dismiss the operative First Amended Complaint in the above-captioned matter (Doc. No. 25), all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge as to that Motion.  No objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) Plaintiff's First Amended Complaint is DISMISSED, without leave to amend; and (3) Judgment in accordance with this Order will be entered on a separate form concurrently herewith.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order herein on Plaintiff at Plaintiff's current address of record, as well as all parties who have appeared in the action.

DATED: April 7, 2026          _____   _Christine A. Snyder_   _____

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

2