JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN P. GLADLE,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>DOUGLAS A. COLLINS, SECRETARY OF THE U.S. DEPARTMENT OF VETERANS AFFAIR,<br>　　　　　Defendant. | No. 2:25-CV-06097 CAS (DSR)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is dismissed without leave to amend.  Plaintiff shall take nothing from this action.

DATED: April 7, 2026　　　　　_____

　　　　　　　　　　　　　HON. CHRISTINA A. SNYDER
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE